|   |   |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08-CR-0783-DMS |
| Plaintiff, | **CERTIFICATE OF SERVICE BY ECF** |
| vs. |   |
| RICARDO AVALOS RAMIREZ, |   |
| Defendant. |   |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

I, Mark A. Chambers, declare as follows:

I am over eighteen years of age and not a party to the within action; my business address is 345 West Ninth Avenue, Suite 200, Escondido, San Diego County, California; I am employed in San Diego County, California.

I am not a party to the above entitled action.

I hereby caused service of the NOTICE OF MOTIONS AND MOTIONS TO: 1) COMPEL DISCOVERY, 2) LEAVE TO FILE FURTHER MOTIONS, and MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTIONS;

on the following parties by Electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

(1) JEFFREY D. MOORE, Assistant United States Attorney;

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 1, 2008.

                                                /s/ Mark A. Chambers

1

USA vs. MINOR OLVERA
Case No. 07-CR-3054-002-IEG