# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr0783-DMS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| RICARDO AVALOS-RAMIREZ, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the Government may file its Response and Opposition to Defendant's Motion for Discovery in the above entitled case on May 14, 2008.

DATED: May 15, 2008

HON. DANA M. SABRAW
United States District Judge