# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )    CASE NUMBER _08CRO783-DMS_

              vs )    ABSTRACT OF ORDER

_Ricardo Avalos-Ramirez_ )    Booking No. _01409112_

)

)

)

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

    Be advised that under date of _____ _5/16/08_ _____

the Court entered the following order:

___✓_____ Defendant be released from custody. _as to this case only._

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release

              and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for_____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

        _____dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

___✓_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

___✓_____ Other. _Dft has been arraigned in 08CR1361-DMS._

                         UNITED STATES MAGISTRATE JUDGE

                              OR

Received_____    W. SAMUEL HAMRICK, JR.  Clerk
        DUSM                    by _J K losterman_
                                   Deputy Clerk

                                               ✱ U.S. GPO: 1996-783-398/40151

CLERKS' COPY