UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RICARDO AVALOS-RAMIREZ,

01409-112  Defendant.

CASE NO. 08CR0783-DMS

JUDGMENT OF DISMISSAL
(Rule 48, F.R.Crim.P.)

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____ the Court has dismissed the case for unnecessary delay; or

_____ the Court has granted the motion of the Government for dismissal; or

_____ the Court has granted the motion of the defendant for a judgment of acquittal; or

_____ a jury has been waived, and the Court has found the defendant not guilty; or

_____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of:  8 USC 1325 (Misdemeanor) and 8 USC 1325 (Felony)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged pursuant to Rule 48, Federal Rules of Criminal Procedure.

DATED: May 16, 2008

DANA M. SABRAW
UNITED STATES DISTRICT JUDGE

I have executed within R-Dismiss
Judgment and Commitment on  5/19/08
OF DISMISSAL
United States Marshal
By: _____
USMS Criminal Section